UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| VICTORIA'S PLATINUM PROPERTIES, LLC § § § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. 6:19-cv-00007 | |
| § | | |
| CERTAIN UNDERWRITER'S AT LLOYD'S LONDON and VEARL WOLVERTON § § § § | | |
| Defendants § | | |

## JOINT STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, VICTORIA'S PLATINUM PROPERTIES, LLC., and Defendants, CERTAIN UNDERWRITERS SUBSCRIBING TO POLICY NUMBER BCL00092 and VEARL WOLVERTON (hereinafter collectively referred to as "the Parties"), in the above entitled and numbered cause, and pursuant to the Court's Oral Order of May 19, 2022, file this Joint Status Report and would respectfully show unto this Honorable Court as follows:

## I.
## BACKGROUND

1. This lawsuit arises out of a dispute over an insurance claim made by Plaintiff, Victoria's Platinum Properties, LLC, ("Plaintiff") for damages allegedly caused by Hurricane Harvey. More specifically, Certain Underwriters at Lloyd's, London Subscribing to Policy No. BCL00092 ("Underwriters") issued a Commercial Property Policy to Victoria Platinum Properties LLC; Platinum Home Investments LLC; and Kimberlite Homes, LLC.

Policy No. BCL00092 provided Lessors Risk coverage pursuant to certain terms and conditions for sixty-one (61) premises from October 21, 2016 to October 21, 2017 ("the Policy"). After Harvey, Plaintiff made claims on fifty-one (51) of the sixty-one (61) premises insured under the Policy.

2. On December 13, 2018, Plaintiff filed suit in Texas state court against Underwriters and independent adjuster, Vearl Wolverton. Plaintiff alleged causes of action for breach of contract, unfair settlement practices in violation of section 541 and failure to promptly pay claims in violation of section 542 of the Texas Insurance Code, violations of the Texas Deceptive Trade Practices Act, and breach of the duty of good faith and fair dealing against Underwriters. Underwriters then removed the lawsuit to federal court on the basis of diversity and amount in controversy.

3. The Parties exchanged written discovery and mediated the case on January 27, 2020. Although the mediation was unsuccessful, the Parties thereafter agreed to enter into the appraisal process for approximately 40 of the premises at issue.

4. This matter was abated by the Court on July 8, 2021, to allow the Parties time to complete the appraisal process. The appraisal process was completed on or about February 23, 2022.

## II.
## STATUS REPORT

5. The Parties mediated this matter on June 17, 2022 with mediator Donald R. Philbin. Mediation successfully resolved all issues between the Parties. The Parties are in the process of finalizing the settlement, and anticipate being able to file dismissal papers with the Court within the next 30 days.

## II.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants pray that this Court accept the Joint Status Report, retain this matter on the docket, and other and further relief, both at law and in equity, to which they are justly entitled.

Respectfully submitted,

**HOLLAND & ZIMMERMAN, PLLC**

By: */s/ Wes Holland  (with permission)*
   Wes Holland
   State Bar No. 24007379
   Federal ID No. 369564
   116 W. Blanco Rd., Suite 201
   Boerne, Texas 78006
   Phone: (830) 443-4503
   Facsimile: (830) 455-4907
   wes@hollandzimmerman.com

**ATTORNEY FOR PLAINTIFF**
**VICTORIA'S PLATINUM PROPERTIES, LLC.**

**DONATO BROWN POOL & MOEHLMANN**

By: */s/ Robbie A. Moehlmann*
   Robbie A. Moehlmann, SBN 24007691
   Federal ID No. 25235
   Robin H. Wexler, SBN 24007393
   3200 Southwest Freeway, Suite 2300
   Houston, Texas 77027
   Phone: 713.877-1112
   Facsimile: 713-877-1138
   rmoehlmann@donatobrown.com
   rwexler@donatobrown.com

**ATTORNEY FOR DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. BCL00092 AND VEARL WOLVERTON**

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on the 14th day of July 2022, a true and correct copy of the above and foregoing has been served by:

☐ certified mail, return receipt requested; ☐ overnight delivery; ☐ hand delivery; ☐ United States first class mail; ☐ facsimile transmission; ☒ electronic transmission on the following counsel:

***Attorneys for Plaintiff***
Wes Holland
Holland & Zimmerman, PLLC
116 W. Blanco Rd., Suite 201
Boerne, Texas 78006
Tel. (830) 443-4503
Fax. (830) 455-4907
wes@hollandzimmerman.com

                                      */s/ Robbie A. Moehlmann*
                                      Robbie A. Moehlmann